## AFFIDAVIT IN SUPPORT OF APPLICATION FOR CRIMINAL COMPLAINT

I, **Adam Shelton**, being duly sworn, hereby depose and state the following:

1. I am a Deputy United States Marshal with the United States Marshals Service (USMS) and have been employed as such since 2017. I am a graduate of the Federal Law Enforcement Training Center and the USMS National Academy. As part of my duties, I am sworn to enforce federal laws of the United States and to apprehend fugitives wanted with local, state and federal arrest warrants. As a result of my training and experience, I have participated in search warrants and conducted the arrests of individuals who have violated federal firearms laws. The information contained in this affidavit is limited to establish probable cause and is based upon my personal knowledge and observations, as well as those of other law enforcement officers.

2. As a Deputy United States Marshal, I am familiar with investigations involving violations of the following Federal law:

> **Title 18, U.S.C., Chapter 44, Section 922 (g)(1) -** It shall be unlawful for any person – who has been convicted in any court of a crime punishable by imprisonment for a term exceeding one year, to ship or transport in interstate commerce, or possess in or affecting commerce, any firearm or ammunition; or to receive any firearm or ammunition which has been shipped or transported in interstate or foreign commerce.

3. On July 7, 2021, a federal arrest warrant was issued in the Southern District of Alabama for Brad Elliot Morgan due to a Supervised Release Violation Petition in Crim. No. 17-0008-TFM, in which Morgan was convicted of Possession with Intent to Distribute Methamphetamine. Morgan is alleged to have failed to complete the Salvation Army Residential Drug Treatment program as instructed and failed to notify his probation officer that he was not admitted to a residential drug treatment program. The warrant was assigned to DUSM Josh Devine, S/AL-Mobile.

4. DUSM Devine received information from a concerned citizen that Morgan had been seen on several occasions recently with his cousin, William Roberts in Roberts' white in color Buick Century. The concerned citizen also stated that Morgan may be staying at "Chuck's" house which was identified as the large house on the water next to the Marina on Rock Point RD in south Mobile County, AL. A search of various law enforcement databases revealed that Roberts is the registered owner of a white in color 1999 Buick Century bearing Alabama tag 2CP9833.

5. On July 26, 2021, DUSMs Devine and Adam Shelton located the Buick at 6057A Rock Point RD, Mobile, AL. The hood was up on the vehicle and Roberts was standing near the vehicle. A short time later the vehicle left the location and was not located. Also located at the residence was a newer looking GMC truck which left the residence. DUSMs Devine and Shelton conducted a traffic stop as there were multiple occupants inside the vehicle who could not be readily identified due to dark tinted windows. During the traffic stop it was discovered the driver of the vehicle was Charles Marusak (W/M, DOB: 03/16/19xx) and that he was the owner of the residence at 6057A Rock Point RD. As Marusak was not a person of interest at this time the tag number of the vehicle was not collected, and subsequent searches of law enforcement databases returned negative results for the registration information. DUSMs asked Marusak if he knew who Morgan was, to which he stated that he was his neighbor. When asked Marusak stated he had last seen Morgan on either July 22 or 23, 2021, when Morgan was working on Marusak's driveway. Marusak was advised of Morgan's active warrant and then was asked if Morgan had been staying at Marusak's residence. Marusak denied this and stated he had not seen him since the previous week. Marusak was advised that it was illegal to provide aid to a fugitive and informed that allowing him to stay at his residence was against the law. Marusak stated he understood and again stated Morgan was not staying at his residence. During this conversation Marusak stated he didn't

want any trouble with the federal government and that he no longer committed crimes as he was a millionaire and had turned in his patch after being a Bandido. Due to law enforcement training and experience DUSMs knew this to mean he had been a member of the Bandidos Motorcycle Club which is known to be a criminal organization. Marusak also stated he had become a millionaire after his wife was hit by a train and lost a leg.

6.   On July 26, 2021, DUSMs Devine and Adam Shelton located the Buick Century registered to Roberts in the 7100 block of San Marino DR, Alligator Bayou, AL and were able to visually identify Roberts as the driver but could not verify if there were any other occupants. DUSMs conducted a traffic stop and determined that Roberts was the only occupant. During the stop Roberts stated Morgan had been living with Marusak since July 22 or 23, 2021, after Morgan was made aware of his federal warrant. Roberts further stated that he had seen Morgan at Marusak's residence approximately fifteen minutes before the DUSMs had stopped him. DUSMs asked Roberts about the residence for officer safety and Roberts told them that Marusak had a lot of guns at the residence but he believed they were all kept in his gun safe in his bedroom.

7.   On July 26, 2021, based on the information from Roberts, DUSMs with the Southern Alabama Warrant Squad as well as members of the Gulf Coast Regional Fugitive Task Force then went to 6057A Rock Point RD, Mobile, AL in an attempt to locate Morgan. Upon arrival contact was made with Catherine Lee who identified herself as Marusak's wife. DUSMs explained to Lee that they were looking for Morgan and had received information he may be at the location. Lee explained that due to having only one leg she was mostly confined to the upstairs but had seen Morgan at the residence earlier in the day but did not know if he was still at the location. Lee granted consent to search the property for Morgan and stated he was staying in the downstairs bedroom. During a search of the location for Morgan a scoped, bolt action rifle was

discovered in the upstairs living room leaning against an exterior door. DUSMs asked Lee if there were other firearms in the house to which Morgan might have access. Lee stated she had a pistol in the bedroom she shares with her husband and that her husband kept his firearms in their bedroom and most of them were in his gun safe. During a search of the upstairs bedroom Lee stated it was their bedroom. In this bedroom there were plastic gun cases for approximately six to eight pistols and visible inside the open gun safe were several long guns and pistols. Lee closed the safe after the room was checked and it was verified Morgan was not in the location. Marusak's residence is further described and depicted in the photograph to this affidavit as Attachment A. It has been my experience that firearms and ammunition are kept under the direct control of their owners. Both honest citizens and criminals value these items as assets, durable in nature, and tend to keep them for long periods of time. It is not uncommon for a firearm owner to keep a firearm for over one year. These violators have often moved their residence since acquiring the firearm(s), but still remain in possession of the firearms and sometimes still have the receipts from the purchase, as well as the related items, as described in Attachment B.

8. A review of the National Crime Information Center (NCIC) in regard to Marusak indicates he has been convicted of numerous state felony offense to include Simple Robbery (March 18, 1993 in Lafayette, LA), Issuing Worthless Checks (March 14, 1994 in Ibearia, LA), Cruelty to Juveniles (July 15, 2000 in St. Martin, LA), as well as Possession of Marijuana and Possession Distribution Manufacture of Schedule II Crack Cocaine (December 2, 2000 in Lafayette, LA).

9. Based upon my training and experience related to firearms and ammunition, and based upon the types of firearms (bolt action rifle, pistols and long guns) I viewed in the residence there is probable cause to believe they were not manufactured in the state of Alabama.

Based on the upon the foregoing facts and circumstances contained in this affidavit, I respectfully submit that probable cause exists to believe that Charles Marusak has been knowingly convicted of a felony offense, and is in ongoing possession of firearms that have affected interstate commerce.

_____
Adam Shelton
Deputy United States Marshal
United States Marshals Service

THE ABOVE AGENT HAS ATTESTED
TO THIS AFFIDAVIT PURSUANT TO
FED. R. CRIM. P. 4.1(b)(2)(A) THIS _____

U.S. Magistrate Judge Katherine P. Nelson
Digitally signed by U.S. Magistrate Judge Katherine P. Nelson
Date: 2021.07.30 08:50:31 -05'00'

_____
KATERINE P. NELSON
UNITED STATES MAGISTRATE JUDGE